IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01958-OES

WELLMAN GIBSON,

    Plaintiff,

v.

GARY WATKINS, et al., and
OFFICER PACEWARK,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    On October 18, 2005, Plaintiff filed a document with the Court that indicates he is not able to obtain a certified copy of his trust fund account statement or copies from the law library. Although, Plaintiff has not been directed to provide copies, since he is not able to acquire a copy of his account statement, and because he now has been relocated, Plaintiff shall have thirty days from the date of the instant Minute Order to cure the deficiencies noted in the Court's October 7, 2005, Order. If Plaintiff fails to cure within thirty days of the date of the instant Minute Order the Complaint and action will be dismissed without further notice.

    As for Plaintiff's request that the Court issue an order to prevent the destruction of his property, such a request is unrelated to the issues raised in the Complaint and is DENIED. **Also, the Clerk of the Court shall note Plaintiff's change of address, as provided on the envelope submitted to the Court in the November 1 filing and edit the Docket accordingly.**

Dated: November 14, 2005

Copies of this Minute Order mailed on November 14, 2005, to the following:

Wellman Gibson
Prisoner No. 74384
Sterling Correctional Facility
PO Box 6000 – Unit A
Sterling, CO 80751

_____
Secretary/Deputy Clerk