IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01958-BNB

WELLMAN E. GIBSON,

    Plaintiff,

v.

GARY WATKINS,
GLORIA MASTERSON,
SUSAN JONES,
OFFICER PACEWARK,
LT. ARCHULETA, and
OTHERS TO BE NAMED LATER,

    Defendants.

---

### ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL

---

On March 7, 2006, Plaintiff Wellman E. Gibson filed a document titled "Response to Order to File Amended Complaint." Although the Response is signed by Mr. Gibson, the Response appears to be written by someone other than Plaintiff. Nonetheless, in the Response, Plaintiff seeks appointment of counsel. Plaintiff states in the Response that he feels intimidated by me, because I allegedly threatened him during a court proceeding that I presided over. Plaintiff also contends that due to his medical problems he does not have the ability to continue on his own in the instant action and that the Attorney General's Office and I will take advantage of him.

Plaintiff's claims are without basis. In the March 7, 2006, Order, which denies Plaintiff's request that I recuse myself, I found that Plaintiff's allegations about my

threats against him were unfounded. Further, his claim that the Attorney General and I will take advantage of him in the instant action is highly speculative and without basis.

The February 6, 2006, Order directing Plaintiff to amend his Complaint, to assert personal participation by properly named Defendants, and to plead exhaustion with specificity is not so complex that Plaintiff requires the assistance of counsel. The three claims set forth in the original Complaint are fairly simple. Whether or not Plaintiff is represented by counsel does not affect the merits of the claims he raises. Furthermore, Plaintiff does not need counsel to assist him in pleading exhaustion of his administrative remedies.

Moreover, although Plaintiff claims a medical disability, he provides no evidence that because of the disability he is unable to present his claims to the Court. The Court notes that Plaintiff previously has presented his claims to the Court without difficulty. The Court finds no basis for granting the appointment of counsel. Accordingly, it is

ORDERED that Plaintiff's request for appointment of counsel is denied. It is

FURTHER ORDERED that if Plaintiff fails to comply with the Court's February 6, 2006, Order and to file an Amended Complaint within twenty days of the date of the instant Order the Complaint and action shall be dismissed without further notice. No further extensions shall be granted without good cause.

DATED March 23, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01958-BNB

Wellman Gibson
Prisoner No. 74384
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3-23-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk