**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-01958-REB-MJW

WELLMAN GIBSON,

      Plaintiff,

v.

GARY WATKINS, Warden, F.C.F.,
GLORIA MASTERSON,
SUSAN JONES,
OFFICER PACEWARK, and
LT. ARCHULETA,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

      This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.  The court has granted the plaintiff leave to proceed *in forma pauperis*.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

      2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant

having been served  shall respond to the complaint as provided in the Federal Rules of

Civil Procedure.

Dated April 5, 2006, at Denver, Colorado.

BY THE COURT:

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01958-REB-MJW

Wellman Gibson
Prisoner No. 74384
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Gary Watkins, Gloria Masterson,
Susan Jones, Officer Pacework,
and Lt. Archuleta – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONCIALLY**
**COURTESY COPY**


      I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Gary Watkins, Gloria Masterson, Susan Jones, Officer Pacework, and Lt. Archuleta: AMENDED COMPLAINT FILED 3/22/06, ORDER FILED 3/30/06, SUMMONS, WAIVER, AND CONSENT FORM on 4/10/06    .

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk