IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  05-cv-01958-REB-MJW**

WELLMAN GIBSON,

Plaintiff,

v.

GARY WATKINS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Add Defendants, which was filed on May 3, 2006 (Docket No. 41), is denied without prejudice.  Plaintiff did not submit with his motion a proposed amended complaint which includes the claims remaining from the original complaint and the proposed amendments which detail the alleged personal involvement by each new defendant.

Date: May 4, 2006