IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  05-cv-01958-REB-MJW**

WELLMAN GIBSON,

Plaintiff,

v.

GARY WATKINS, et al.,

Defendants.

# MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's letters filed with the court on May 17, 2006 (Docket No. 53) and May 23, 2006 (Docket No. 54), are both stricken pursuant to D.C.COLO.LCivR 77.2 (Ex Parte Communication with Judicial Officers).  If plaintiff seeks relief from this court, he must do so by motion with a copy sent to all counsel of record and any pro se parties.

Date: May 24, 2006