IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  05-cv-01958-REB-MJW**

WELLMAN GIBSON,

Plaintiff,

v.

GARY WATKINS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Motion to cease retalatory [sic] Actions (Docket No. 60), Motion to be housed in single cell (Docket No. 61), Motion to produce property (Docket No. 63), Motion requesting change of venue (Docket No. 65), and Motion for Summary Judgement [sic] (Docket No. 64) are stricken pursuant to D.C.COLO.LCivR 77.2 (Ex Parte Communication with Judicial Officers) and 5.1F ("Each paper, other than one filed *ex parte*, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service. . . .").  Even though the plaintiff is pro se, he must comply with the Local Rules of Practice and the Federal Rules of Civil Procedure. Any further ex parte submissions by the plaintiff will not be considered by the court.

Date:  June 2, 2006