IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  05-cv-01958-REB-MJW**

WELLMAN GIBSON,

Plaintiff,

v.

GARY WATKINS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's letter to the court filed on June 5, 2006 (Docket No. 68), is stricken pursuant to D.C.COLO.LCivR 77.2 (Ex Parte Communication with Judicial Officers) and 5.1F ("Each paper, other than one filed *ex parte*, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service. . . .").

Date:  June 5, 2006