IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-01958-REB-MJW**

WELLMAN GIBSON,

Plaintiff,

v.

GARY WATKINS, et al.,

Defendants.

---

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion captioned "Motion Requesting D.O.C. to Cease Trying to Get Me Killed" (docket no. 76) is MOOT and therefore DENIED. This issue has already been ruled upon by this court. See docket no. 50. Moreover, the Pro Se Incarcerated Plaintiff continues to ignore his requirement to serve a copy of any of his pro se motions upon the defendants as required under the Local Rules of Practice for the United States District Court for the District of Colorado and under the Federal Rules of Civil Procedure.

Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure." ***Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979***

The fact that a party is appearing pro se does not relieve that individual from the obligation of complying with all applicable rules of the court. ***Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)*** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

It is not the proper function of the district court to assume the role of advocate for the pro se litigant. ***Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).***

Date: July 12, 2006