**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01958-REB-MJW

WELLMAN GIBSON,

    Plaintiff,

v.

GARY WATKINS, Warden, F.C.F.,
GLORIA MASTERSON,
SUSAN JONES,
OFFICER PASEWARK, and
LT. ARCHULETA,

    Defendants.

**ORDER APPROVING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the recommendation of the United States Magistrate Judge [#89], filed September 29, 2006.  The Magistrate Judge recommends that the defendants' motions to dismiss be granted for plaintiff's failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e. The plaintiff filed objections [#90] on October 6, 2006. I approve and adopt the recommendation.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law.  In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See*

*Haines v. Kerner*, 104 U.S. 519, 520-21 (1072), *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). I find plaintiff's objections to be irrelevant. The recommendation is detailed, circumstantiated, and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the recommendation of the United States Magistrate Judge [#89], filed September 29, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That **CDOC Employees' Combined Motion To Dismiss Plaintiff's Complaint** . . . [#72] filed June 9, 2006, **IS GRANTED**;

3. That **Defendant Gary Watkins Motion To Dismiss Plaintiff's Complaint** [#85] filed July 31, 2006, **IS GRANTED**;

4. That any other pending motion **IS DENIED AS MOOT** (including, but not limited to [#21] and [#33]); and

5. That this action **IS DISMISSED WITHOUT PREJUDICE**.

Dated October 11, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**